IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:07CR3094 |
| vs. | |
| JOSE LEE CROSS JR., | ORDER |
| Defendant. | |

Defendant has moved to continue his revocation hearing currently set for August 15, 2017. (Filing No. 46). The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 62), is granted.

2) The revocation hearing on the Petition for Violation of Supervised Release is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 12:30 p.m. on November 9, 2017.

Dated this 11th day of August, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge