IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:07CR3094 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSE LEE CROSS JR., | |
| Defendant. | |

Defense counsel has moved to withdraw due to medical issues. (Filing No. 64). Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 64), is granted. Cynthia R. Lamm is hereby withdrawn as counsel, and shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Cynthia R. Lamm from any future ECF notifications herein.

3) Tregg Lunn is hereby appointed as counsel for Defendant, and he shall promptly file an entry of appearance on behalf of Defendant.

4) The clerk shall forward this memorandum and order to Mr. Lunn and the Federal Public Defender.

September 6, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge